IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDY STEVENS and GARY ERNST, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br>Defendant. | Case No. 11 C 433<br><br>THE HONORABLE<br>ROBERT W. GETTLEMAN<br>MAGISTRATE JUDGE NAN R. NOLAN |

## NOTICE OF SETTLEMENT AND STIPULATION TO VACATE STATUS HEARINGS

Plaintiffs Judy Stevens and Gary Ernst (together, "Plaintiffs") and Defendant Progressive Financial Services, Inc. ("Progressive") (Plaintiffs and Progressive are collectively referred to as the "Parties"), by their respective undersigned attorneys, respectfully submit this Notice Of Settlement And Stipulation To Vacate Status Hearings. In support of this Stipulation the Parties state as follows:

1. On September 11, 2011 the Parties entered into a Settlement Agreement, which will result in the dismissal of Plaintiffs' claims against Progressive with prejudice and the dismissal of the claims brought on behalf of the putative classes without prejudice.

2. The Settlement Agreement is conditioned upon certain terms, which the Parties anticipate shall be fulfilled in the near future pursuant to the Settlement Agreement.

3. Currently, Status Hearings are scheduled for September 13, 2011 at 9:00 a.m. (Dkt. Nos. 50 & 53.)

//

//

//

4. Given the settlement reached by the Parties, the Parties hereby stipulate to vacate the Status Hearings pending the fulfillment of the conditions to the Settlement Agreement and the dismissal of the action.

Dated: September 12, 2011　　　　　　　　　　By: */s/ Charles T. Mathews*　　　　
　　　　　　　　　　　　　　　　　　　　　　　Charles T. Mathews,
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs
　　　　　　　　　　　　　　　　　　　　　　　　　Judy Stevens and Greg Ernst

Dated: September 12, 2011　　　　　　　　　　By: */s/ Clifford E. Yuknis*　　　　
　　　　　　　　　　　　　　　　　　　　　　　Clifford E. Yuknis
　　　　　　　　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　　　　　　　　222 N. LaSalle St., Ste 300
　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601
　　　　　　　　　　　　　　　　　　　　　　　Phone: (312) 704-3000
　　　　　　　　　　　　　　　　　　　　　　　cyuknis@hinshawlaw.com
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he caused to be served a copy of the foregoing **Notice of Settlement and Stipulation to Vacate Status Hearing** to the attorney of record below via the Court's ECF system on September 12, 2011.

Charles T. Mathews, Esq.
Patrick I. Chung, Esq.
The Mathews Law Group
2596 Mission Street, Ste.204
San Marino, California 91108
fax: (626) 683-8295
ted@ctmesq.com
patrick@ctmesq.com


                                                /s/*Clifford E. Yuknis*
                                                Clifford E. Yuknis