## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Judy Stevens, et al.

                                        Plaintiff,

v.                                                Case No.: 1:11–cv–00433
                                                  Honorable Robert W. Gettleman

Progressive Financial Services, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 13, 2011:

     MINUTE entry before Honorable Robert W. Gettleman: Status hearing held on 9/13/2011. On stipulation, plaintiffs' claims are dismissed with prejudice and the claims brought on behalf of the putative classes are dismissed without prejudice, pursuant to stipulation. Civil case terminated. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.